**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Universal Hospital Services, Inc.,

Plaintiff,

v.

Joseph Hennessy,

Defendant.

Court File No. 01-CV-2072 PAM/JGL

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

---

**WHEREAS,** counsel for Defendant was retained in late December 2001;

**WHEREAS,** prior to Defendant's counsel being retained, Plaintiff granted Defendant an extension of time until January 7, 2002 to respond or otherwise plead to Plaintiff's Complaint;

**WHEREAS,** given the recent retention of Defendant's counsel, the parties have agreed to further extend Defendant's time to respond or otherwise plead to Plaintiff's Complaint to January 11, 2002;

**WHEREAS,** the parties agree that this further extension of time will not be asserted as a laches argument by Defendant should Plaintiff seek any injunctive relief;

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate to extending Defendant's time to respond or otherwise plead to Plaintiff's Complaint to January 11, 2002.

JAN 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**LARKIN, HOFFMAN, DALY & LINDGREN, LTD.**

Dated 1-7-02

By ______________________
Bruce J. Douglas (#23966)
Daniel J. Ballintine (#256584)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

**ATTORNEYS FOR PLAINTIFF**

**BRIGGS AND MORGAN, P.A.**

Dated 1/4/02

By ______________________
Gregory J. Stenmoe (#131155)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated Jan. 5, 2002

______________________
United States Magistrate Judge