**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Universal Hospital Services, Inc., Plaintiff, vs. Joseph Hennessy, Defendant. | ) | Case No. 01-CV-2072 PM/JL **STIPULATION AND ORDER** |

It is hereby stipulated by and between the above-named parties, by and through their respective counsel, that the Court may enter an order staying discovery in the above-entitled action pending the Court's resolution of Defendant's Motion to Dismiss; provided, however, that if the Court's ruling on Defendant's Motion to Dismiss does not dispose of all claims, the Court will amend the current Pretrial Order deadlines so as to provide the parties the same amount of time from the date of such ruling in which to conduct discovery, bring motions, and meet other obligations identified in the Pretrial Order, as the parties have as of the date of this Stipulation and Order.

Dated: 4-2-02

**Hagerty, Johnson, Albrightson & Beitz, PA**

By: ______________________
James A. Beitz, Atty ID 6233
Michael C. Hagerty, Atty ID 246979
701 Fourth Avenue South, Suite 901
Minneapolis, MN 55415
(612) 349-9000

**Attorneys for Plaintiff**

APR - 2 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______



4/1/2002/1\040

**Briggs and Morgan**

Dated: 4-2-02

By: ______________________
Gregory J. Stenmoe, Atty ID 131155
Steven W. Wilson, Atty ID 179024
Tamika R. Nordstrom, Atty ID 275463
2400 IDS Center
80 South 8th St.
Minneapolis, Minnesota 55402

**Attorneys for Defendant**

**ORDER**

It is so ordered.

By the Court:

Dated: April 2, 2002

______________________
Jonathan Lebedoff
United States Magistrate Judge