**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Universal Hospital Services, Inc.,

Plaintiff,

v.

Joseph Hennessy,

Defendant.

Court File No. 01-CV-2072 PAM/JGL

**STIPULATION TO AMEND COMPLAINT AND ORDER**

**WHEREAS,** on March 29, 2002, Plaintiff requested leave of Court to amend its Complaint solely to include reference to its June 1, 1998 Confidentiality/Non-Competition Agreement with Defendant;

**WHEREAS**, Plaintiff does not seek to add new claims or to extend or modify the discovery or trial schedules in this case;

**WHEREAS**, Defendant does not object to Plaintiff's Motion to Amend Complaint for the limited purpose of including the June 1, 1998 Confidentiality/Non-Competition Agreement as set forth in Plaintiff's Amended Verified Complaint submitted with its Motion to Amend Complaint;

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate to the following:

1. Plaintiff may amend its Complaint as set forth in its Amended Verified Complaint submitted to this Court on Plaintiff's Motion to Amend Complaint;

2. Defendant may have 20 days to file an Answer or otherwise plead or defend if this stipulation is approved by this Court;

APR

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1395871v1

3. All remaining Orders and scheduling issues are unaffected by the permitted amendment.

Dated 4.11.02

**HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A.**

By ______________________
James A. Beitz (#6233)
Michael C. Hagerty (#246979)
701 Fourth Avenue South, Suite 901
Minneapolis, MN 55415
(612) 349-9000

**ATTORNEYS FOR PLAINTIFFS**

Dated 4-11-02

**BRIGGS AND MORGAN**

By Tamika R. Nordstrom
Gregory J. Stenmoe (#131155)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

Dated April 15, 2002

**IT IS SO ORDERED:**

______________________
United States Magistrate Judge