**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Universal Hospital Services, Inc.,

Plaintiff,

v.

Joseph Hennessy,

Defendant.

Court File No. 01-CV-2072 PAM/JGL

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND ORDER**

---

**WHEREAS,** on April 18, 2002, Plaintiff served its Amended Complaint upon Defendant;

**WHEREAS**, the parties previously agreed to extend Defendant's time to answer or otherwise respond to Plaintiffs Amended Complaint until May 20, 2002 because the parties were engaged in settlement discussions;

**WHEREAS**, the parties have reached an understanding regarding settlement and are in the process of drafting a settlement agreement;

**WHEREAS**, the parties have fully briefed and filed Defendant's Motion to Dismiss, with a hearing date scheduled for June 20, 2002;

**WHEREAS**, the parties have agreed to extend Defendant's time to answer or otherwise respond to Plaintiffs Amended Complaint until June 20, 2002, recognizing that the execution of a settlement agreement renders this issue moot;

MAY 2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate to the following:

1. Defendant's time to file an Answer or otherwise plead or defend is extended until June 20, 2002, or becomes moot upon the execution of a settlement agreement;

2. All remaining Orders and scheduling issues are unaffected by the permitted extension.

Dated 5-21-02

**HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A.**

By ______________________
James A. Beitz (#6233)
Michael C. Hagerty (#246979)
701 Fourth Avenue South, Suite 901
Minneapolis, MN 55415
(612) 349-9000

**ATTORNEYS FOR PLAINTIFFS**

Dated 5-21-02

**BRIGGS AND MORGAN**

By Tamika R. Nordstrom
Gregory J. Stenmoe (#131155)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated May 22, 2002

______________________
United States Magistrate Judge

1410691v1