**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Universal Hospital Services, Inc., Plaintiff, vs. Joseph Hennessy, Defendant. | Case No. 01-CV-2072 PAM/JGL **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Universal Hospital Services, Inc. by its counsel hereby stipulates and agrees that the Complaint in the action captioned above may be and is hereby dismissed upon the merits, with prejudice, and without costs to any party; and that the Court may enter the following order of dismissal accordingly.

Dated: Nov 5, 2002

**Hagerty, Johnson, Albrightson & Beitz, PA**

By: ______________________
James A. Beitz, Atty ID 6233
701 Fourth Avenue South, Suite 901
Minneapolis, MN 55415
(612) 349-9000
**Attorneys for Plaintiff**

**III. ORDER**

It is so ordered.

Dated: November 19 2002

______________________
Paul A. Magnuson
United States District Court Judge

NOV 19 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______



11/15/2002\023